■ EILEEN J. GIANNOTTA, as Administratrix of the Estate of FRANK J. GIANNOTTA, Deceased, Appellant, v BELLA RIEGER et al., Respondents. (Action No. 1.) EILEEN J. GIANNOTTA, as Administratrix of the Estate of FRANK J. GIANNOTTA, Deceased, Appellant, v FRANKLIN GENERAL HOSPITAL, Respondent. (Action No. 2.)—Appeal by the plaintiff from a memorandum decision of the Supreme Court, Nassau County (Lockman, J.), dated October 4, 1990, and two judgments of the same court, both entered November 29, 1990.

Ordered that the appeal from the decision is dismissed, as no appeal lies from a decision; and it is further,

Ordered that the judgments are affirmed, for reasons stated by Justice Lockman in his memorandum decision dated October 4, 1990; and it is further,

Ordered that the respondents, appearing separately and filing separate briefs, are awarded one bill of costs. Bracken, J. P., Rosenblatt, O'Brien and Copertino, JJ., concur.